# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **CARMEN GLORIA CRUZ MARTINEZ**
SSN xxx-xx-1783

CASE NO: **22-03188-EAG**

Debtor(s)

**Chapter 13**

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$225.00**    Outstanding (Through the Plan): **$3,775.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☒ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00   Estimated Priority Debt: $0.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Jan 10, 2023  (Dkt  14)**   Plan Base: **$21,000.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☒ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: **8.9 %**

The Trustee objects to confirmation for the following reasons:

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

- Debtor filed a tax return as married during the years 2018 and 2020. The Department of Treasury requested debtor to amend the tax returns as individual. Per last tax law, Debtor was obligated to file the 2018 and 2020 tax return.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: January 12, 2023

/s/ Mayra Arguelles, Esq.

Last Docket Verified: 15    Last Claim Verified: 9    CMC: